IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**ROBERT MARTINEZ and DEBRA MARTINEZ**                    **PLAINTIFFS**

VS.                                   CASE NO. 08-2142

**ROBIN E. MCKINNEY,**
**A. L. & W. MOORE TRUCKING COMPANY, INC.**
**and JOHN DOES 1-5**                                    **DEFENDANTS**

---

### ORDER ON MOTION FOR NON-SUIT PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND ACA § 16-56-126

---

Plaintiffs' case is hereby dismissed without prejudice. Plaintiffs shall have one year from the date of entry of this order to re-file this suit, or it shall be barred forever pursuant to ACA § 16-56-102. It is so ORDERED.

_____
JUDGE

November 13, 2009
DATE

Prepare by:   /s/ Will Bond
              Will Bond
              McMath Woods, P.A.
              711 West Third Street
              Little Rock, AR 72201
              Telephone (501) 396-5400
              Fax (501) 374-5118
              Email: will@mcmathlaw.com

Approved by: /s/ Kathryn Pryor
             Kathryn Pryor

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
NOV 1 3 2009
CHRIS R. JOHNSON, CLERK
BY _____ DEPUTY CLERK